UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADVANCED CORROSION TECHNOLOGIES & TRAINING, LLC, | Case No. 23-cv-03879-WHA |
|---|---|
| Plaintiff, | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| v. | |
| MT. HAWLEY INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Vince Chhabria for consideration of whether the case is related to 20-cv-9095-VC.

**IT IS SO ORDERED.**

Dated: April 10, 2024

WILLIAM ALSUP
United States District Judge